

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2014

No. 04-14-00097-CV

Luis Alfredo **ROSA** and Myrna Lizzet Rosa,
Appellants

v.

**MESTENA OPERATING, LLC,**
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16486-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file a reply brief is GRANTED. The reply brief is due on **October 9, 2014**.

Entered on this 18th day of September, 2014

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court